Daniels, J

Margaret A. Dale (MD-5117)
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Tel. (212) 969-3000
Fax (212) 969-2900
Attorneys for Plaintiffs



USDNY
DOCUMENT
ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLE B FOODS, INC., and
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

     Plaintiffs,

 against

GLENWOOD CAPITAL, LLC,

     Defendant.

05-CV-9118 (GBD) (ECF)

VOLUNTARY DISMISSAL
PURSUANT TO
FED. R. CIV. P. 41(a)

Service of an answer or motion for summary judgment having not yet been filed in this action, Plaintiffs Double B Foods, Inc. and D. B. Zwirn Special Opportunities Fund, L. P., through their undersigned counsel, hereby voluntarily dismiss the above-captioned action pursuant to Fed. R. Civ. P. 41(a).

Dated: December 9, 2005

PROSKAUER ROSE LLP

By: *Margaret Q. Dale*
Margaret A. Dale (MD-5117)
1585 Broadway
New York, New York 10036
Tel. (212) 969-3000
Attorneys for Plaintiffs

*George B. Daniels*
HON. GEORGE B. DANIELS